| | |
|---|---|
| Name | Bonnie Crozier |
| Street Address | 3083 Amoruso Way |
| City and County | Roseville/Placer |
| State and Zip Code | CA, 95747 |
| Telephone Number | (916)367-1901 |



**FILED**

MAY 0 3 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK   BS

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

Bonnie Crozier

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**-against-**

California Department of Water Resources

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for a Civil Case**

Case No.  2:19-CV-0782 KJM CKD PS

*(to be filled in by the Clerk's Office)*

Jury Trial:  ☑ Yes  ☐ No
*(check one)*

## I.      The Parties to This Complaint

### A.      The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Bonnie Crozier |
| Street Address | 3083 Amoruso Way |
| City and County | Roseville / Placer |
| State and Zip Code | CA, 95747 |
| Telephone Number | (916)367-1901 |

### B.      The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known).  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Department of Water Resources |
| Job or Title (if known) | |
| Street Address | 3500 Industrial Blvd |
| City and County | West Sacramento |
| State and Zip Code | California 95691 |
| Telephone Number | (916)376-9900 |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title (if known) | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |

Defendant No. 3

    Name                   _____

    Job or Title
    (if known)          _____

    Street Address       _____

    City and County     _____

    State and Zip Code   _____

    Telephone Number   _____

Defendant No. 4

    Name                   _____

    Job or Title
    (if known)          _____

    Street Address       _____

    City and County     _____

    State and Zip Code   _____

    Telephone Number   _____

## II.    Basis for Jurisdiction

Federal Courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in Federal Court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same state as any plaintiff.

What is the basis for Federal Court jurisdiction? *(check all that apply)*

    ☒  Federal question               ☐  Diversity of citizenship

3

Fill out the paragraphs in this section that apply to this case.

**A.**     **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Title I of the Americans with Disabilities Act of 1990, 42 U.S.C.12111, et seq

**B.**     **If the Basis for Jurisdiction Is Diversity of Citizenship**

1.     The Plaintiff(s)

a.     If the plaintiff is an individual

The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

b.     If the plaintiff is a corporation

The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.     The Defendant(s)

a.     If the defendant is an individual

The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. *Or* is a citizen of *(foreign nation)* _____.

4

b.     If the defendant is a corporation

The defendant, *(name)* _____, is
incorporated under the laws of the State of *(name)*
_____, and has its principal place of
business in the State of *(name)* _____.   *Or is*
incorporated under the laws of *(foreign nation)*
_____, and has its principal place of
business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an
additional page providing the same information for each additional
defendant.)*

3.     The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant
owes or the amount at stake—is more than $75,000, not counting interest
and costs of court, because *(explain)*:

_____
_____
_____

## III.   Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as
briefly as possible the facts showing that each plaintiff is entitled to the damages or other
relief sought.  State how each defendant was involved and what each defendant did that
caused the plaintiff harm or violated the plaintiff's rights, including the dates and places
of that involvement or conduct.  If more than one claim is asserted, number each claim
and write a short and plain statement of each claim in a separate paragraph.  Attach
additional pages if needed.

___Please see Attachment_____
_____
_____
_____
_____

IV.     **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

The Damages or relief in which I'm seeking Im asking the courts if I could
please complete this question after consulting with a Attorney.

V.      **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:  April 23 , 20 19

Signature of Plaintiff

Printed Name of Plaintiff     Bonnie Crozier          PRO SE

U.S. Department of Justice

Civil Rights Division

NOTICE OF RIGHT TO SUE WITHIN 90 DAYS

CERTIFIED MAIL
7016 2140 0000 5581 4165

*950 Pennsylvania Avenue, N.W.*
*Karen Ferguson , EMP, PHB, Room 4701*
*Washington, DC 20530*

February 06, 2019

Ms. Bonnie J. Crozier
3083 Amoruso Way
Roseville, CA 95747

Re: EEOC Charge Against California Dept. of Water Resources
No. 550201801682

Dear Ms. Crozier:

Because you filed the above charge with the Equal Employment Opportunity Commission, and the Commission has determined that it will not be able to investigate and conciliate that charge within 180 days of the date the Commission assumed jurisdiction over the charge and the Department has determined that it will not file any lawsuit(s) based thereon within that time, and because you have specifically requested this Notice, you are hereby notified that you have the right to institute a civil action under Title I of the Americans with Disabilities Act of 1990, 42 U.S.C. 12111, et seq., against the above-named respondent.

If you choose to commence a civil action, such suit must be filed in the appropriate Court within 90 days of your receipt of this Notice. If you cannot afford or are unable to retain an attorney to represent you, the Court may, at its discretion, assist you in obtaining an attorney. If you plan to ask the Court to help you find an attorney, you must make this request of the Court in the form and manner it requires. Your request to the Court should be made well before the end of the time period mentioned above. A request for representation does not relieve you of the obligation to file suit within this 90-day period.

The investigative file pertaining to your case is located in the EEOC San Francisco District Office, San Francisco, CA.

This Notice should not be taken to mean that the Department of Justice has made a judgment as to whether or not your case is meritorious.

Sincerely,

Eric S. Dreiband
Assistant Attorney General
Civil Rights Division

by Karen L. Ferguson

Karen L. Ferguson
Supervisory Civil Rights Analyst
Employment Litigation Section

cc: San Francisco District Office, EEOC
California Dept. of Water Resources

April 03, 2019                                    Bonnie Crozier
                                                  3083 Amoruso Way
                                                  Roseville CA, 95747
                                                  (916) 367-1901

## Statement of Claim
E. The facts of my case are as follows.

1. 08/15/08 After leaving my work assignment at the Napa Water Treatment Facility where I over seen the erection of a 5 million gallon water tank. I was traveling East bound on HWY 80 when I was rear ended by a vehicle. At which time I sustained 4 ruptured discs and a knee injury. I continued to work even though it was not in my best interest. I asked my supervisor at the time if he could come to the project and perform the Inspections when it required climbing the ladder due to two of the ruptured discs being in my neck. After this time I applied for many promotions, every time a Supervisor l , position became available, but I was always denied or was told I did not qualify.

There was a young man that was hired 15 days after myself also as a CIT. I had 27 years of structural and civil construction and Inspection experience at that time. A Supervisor l, test and position became available we both applied, everyone was informed that he had received the promotion prior to the test, he had been promoted by the Chief of SPH ( promoted in place). After I took the supervisor l test I was informed by one of the Supervisor II, that was on the panel that I did much better then him on the exam but still was not promoted.

After I completed the Replacement Tank No. 2 at the Napa Water Treatment plant project, I was informed by my Supervisor that he wanted me to oversee the HWY 12, Pipe Modification Project. A Supervisor l position became available again, so I interviewed for it and found that there was only one other person Interviewing for the position. It was a younger male, several minutes after we both Interviewed my Supervisor came to my office and informed me I did not receive the promotion. The next day I was informed that one of his parents had worked for the department for a long time and they were planning to move him up to one of the top positions. I also was informed that he would be working under me on the Pipe Modification Project.

The Department had many opportunities to promote me but would not and my employment terms and conditions appeared to be unequal. My Supervisor retired shortly before the Pipe Modification Project was completed and left me with a 20 foot trench to climb in and out of to perform Inspections. At this time there was one Supervisor ll who was working down South most of the time. The HWY 12 Widening  Project was beginning and he asked me to oversee the encroachment permits for the HWY which turned into to a full time project. The Department hired a replacement for my boss, Shortly after that I informed him I would need time off to speak with the union. The harassment from the Supervisors became unbearable.

Bonnie Crozier
3083 Amoruso Way
Roseville CA, 95747
(916) 367-1901

2. I was now working in a hostile work environment and it started to affect my health, on 10/30/13 my Doctor put me off work for approximately 14 months due to stress. On 11/19/13 SEIU 1000 filed the out of class grievance. On 02/18/14 I filed a complaint with EEOC, six months later while still off on stress leave, on 04/28/14 I received a corrective memorandum from the Department.

3. On 12/22/14 I returned back to work still fearing that the retaliation was not going to stop and still under a great deal of stress my Doctor and myself thought it would be a good idea to ask for reasonable accommodation for six weeks regarding driving long distance until I could get used to freeway driving again due to my anxiety and panic attacks. My accommodations were denied.

4. Within that six week period, on 02/02/15 I was traveling South bound on Interstate 5 to my work assignment at the South Bay Water Treatment Plant when I was rear ended in the fast lane while entering Stockton. At which time I received right shoulder and neck Injuries. The Doctor placed me on driving restrictions, such as no driving at work, Limited Driving only, the department would not accommodate the restrictions stating such things as, if It becomes to painful to drive pull over immediately and call and let us know. I started contacting and sending the emails to EEOC informing them that I was hurt and needed their help.

5. Failure to accommodate my disabilities and the hostile work environment and retaliation was out of control. I received on 08/12/15 an Adverse Action stating they were going to start taking 10 percent of my pay for 12 months. The next day my Doctor put me off work again for stress. On 08/28/15 I had to have a conference call with the Union and the Department for what they call a Skully meeting, which was them questioning me regarding the Adverse Action.

6. Returning back to work on 02/16/16 the stress had taken a major toll on my health I was being treated for Stress, Anxiety, Depression and I was having heart palpations, weight gain, losing hair and rashes. I believe on 03/01/16 I meet with the union and the Department for my out of class grievance with the arbitrator regarding the HWY 12 widening Project. I was very naive and believed that the union was on my side but started to feel like the attorney that was representing me from the union was acting more like at mediator or working for the Department.

Bonnie Crozier
3083 Amoruso Way
Roseville CA,95747
(916) 367-1901

7. I had also developed a blockage in one of my eyes. So on 03/03/16 I went in for eye surgery there a tube was placed in my right eye. I was also attending Physical Therapy for my right shoulder and was preparing for possible surgery. At this point my Mental and Physical condition was severe at best. On 03/11/16 my work assignment was to travel down to Tracy to the Rock Barriers where one of our Contractors was performing work on the barriers. My work day started at 0530 hours after arriving at the Barriers, around mid- morning. I started to receive numerous calls from my Supervisor and the Union Attorney regarding the Adverse Action that was scheduled to go to court the following Monday.

8. On 05/17/16 I was asked to step into the quiet room at SPH my Supervisor and a lady from HR who wanted me to sign a Memorandum and Informed me that they wanted me to work down south at the Paris Dam Project and said maybe I could get Doctors down there. I informed then that I was getting ready to have shoulder surgery and was not going to change my surgeon at this time. The next day I received a Memorandum stating they could no longer accommodate my Doctor appointments.

I was placed on SDI in May, 2016 and in August, 2016 State Fund Workers Compensation took over. I was seeing multiple Doctors, Surgeons and Physical Therapist for my injuries and health issues. Some of what consist of being a surgical candidate for Back, Neck and knee injuries, right Shoulder surgery, nerve endings in my Neck that directly affect my left arm, Chronic Vision issues, Eye Surgery, Anxiety, Chronic Fatigue Syndrome, Depression, Fibromyalgia, ADHA, Sleep apnea and Stress Disorder.

9. On September 16. 2017 I received a letter from the Department of Water Resources stating their intent was to invoke an AWOL status due to me being absent from September 11, 2017 - September 15, 2017 due to the time not being approved. I attended a Colman Hearing per phone, I tried to explain my circumstance and that I had been in contact with my supervisor. I asked the California Department of Human Resources for a hearing which was granted. I was unable to attend the hearing due to my medical condition at which time the SEIU union attorney had it withdrawn.
I received a letter from the Department of Water Resources stating that due to the AWOL my employment had been terminated at which time my Health Insurance was also cut off.
.

Bonnie Crozier
3083 Amoruso Way
Roseville CA, 95747

My integrity and reputation as an Inspector was every thing to me. It took a life time to obtain my diverse knowledge and experience. How it was allowed for the Department of Water Resources to do this to myself and others I don't understand. Not only did they not promote me and not accommodate my disabilities, Retaliate against me and give me unequal terms and conditions for my employment but was able to proceed with wrongful Termination I do not understand. I find the Department of Water Resources actions to be unjust and unacceptable. After reviewing this document I hope that the courts will also find these actions to be un-excusable and will assist me in furthering this Civil Action.

Sincerely,

Bonnie Crozier