UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BONNIE CROZIER,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF WATER RESOURCES,<br><br>Defendant. | No. 2:19-cv-00782-KJM-CKD (PS)<br><br>ORDER |

Plaintiff filed the above-entitled action. The matter was referred to a United States Magistrate Judge as provided by Local Rule 302(c).

On October 18, 2019, the magistrate judge filed findings and recommendations, which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff has not filed objections to the findings and recommendations.

The court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed *de novo*. *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law by the magistrate judge are reviewed de novo by both the district court and [the appellate]

/////

1

court . . . ."). Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed October 18, 2019, are adopted in full;

2. Defendant's motion to dismiss (ECF No. 9) is GRANTED;

3. The action is DISMISSED without leave to amend; and

4. The Clerk of Court is directed to close this case.

DATED: January 8, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE